■ CHARLES W. KEMPE, JR., et al., as Joint Liquidators of Mentor Insurance Limited, Respondents, v PEAT, MARWICK, MITCHELL & Co. (U.S.), et al., Appellants.—Order, Supreme Court, New York County (David Edwards, Jr., J.), entered on May 26, 1989, unanimously affirmed for the reasons stated by David Edwards, Jr., J., without costs and without disbursements. Concur—Sullivan, J. P., Carro, Milonas and Smith, JJ.

■ AIR LINE PILOTS ASSOCIATION, Appellant, v TRANS WORLD AIRLINES, INC., et al., Respondents.—Judgment, Supreme Court, New York County (Michael Dontzin, J.), entered on or about May 22, 1989, unanimously affirmed for the reasons stated by Michael Dontzin, J., without costs and without disbursements. Concur—Kupferman, J. P., Sullivan, Carro and Milonas, JJ.